*H. Gardner* and *George M. Morris* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Carlton Fox,* and *Charles A. Horsky* for the United States.

No. 464. ANCHOR STOVE & RANGE CO. *v.* RYMER ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Walter F. Murray* and *Vaughn Miller* for petitioner. *Mr. J. B. Sizer* for respondents.

No. 430. GEIBEL ET AL. *v.* STATE BAR OF CALIFORNIA. December 12, 1938. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Martin E. Geibel* and *Charles R. Morfoot, pro se. Mr. Philbrick McCoy* for respondent.

No. 446. NATIONAL LABOR RELATIONS BOARD *v.* PENINSULAR & OCCIDENTAL STEAMSHIP CO. December 12, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Jackson* and *Mr. Charles Fahy* for petitioner. *Messrs. Scott M. Loftin, Jno. P. Stokes,* and *Harold B. Wahl* for respondent. By leave of Court, *Mr. Charlton Ogburn* filed a brief on behalf of the American Federation of Labor, as *amicus curiae,* in support of respondent.

No. 458. KRUMM *v.* BIRKHOFER ET AL. December 12, 1938. Petition for writ of certiorari to the District Court of Appeal, 4th Appellate District, of California, denied. *Mr. Benjamin W. Shipman* for petitioner. *Mr. Ernest*